NO. 14-20552

IN THE COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

INTERNATIONAL ENERGY VENTURES MANAGEMENT LLC,
*Plaintiff - Appellant*,

vs.

UNITED ENERGY GROUP, LIMITED AND SEAN MUELLER,
*Defendants - Appellees.*

**Appealed from the United States District Court for the Southern District of Texas, Houston Division; USDC No. 4:13-CV-2754**

APPELLANT'S MOTION TO SUPPLEMENT THE RECORD ON APPEAL

**TO THE HONORABLE COURT OF APPEALS:**

Pursuant to Rule 10 of the Federal Rules of Appellate Procedure, Appellant, International Energy Ventures Management, LLC requests, that in addition to the items already contained in the Record on Appeal, the Clerk of the United States District Court for the Southern District of Texas include in the Record on Appeal for transmittal to the Fifth Circuit Court of Appeals in connection with Cause No. 14-20552 Document No. 48; titled: Certificate of Service filed by International Energy Ventures Management, LLC on September 19, 2014 and an updated Docket Sheet showing this filing.

**Dated:** October 8, 2014

Respectfully submitted,

**THE SYDOW FIRM**

/s/ Michael D. Sydow
Michael D. Sydow
Texas Bar No. 19592000
5020 Montrose Boulevard, Suite 450
Houston, Texas 77006
(713) 622-9700 [Telephone]
(713) 552-1949 [Telecopier]
michael.sydow@thesydowfirm.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(a)(7), the undersign hereby certifies that according to the word count function of the computer program used to generate this document, the portions of the Appellant's Motion to Supplement the Record on Appeal subject to the rule contain 386 words total and that the text thereof is in 14 point Times New Roman font.

/s/ Michael D. Sydow
Michael D. Sydow

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was filed using the Court's electronic filing system, and notice will be sent to all parties of record as stated below on this the 8th day of October, 2014:

*Via email*
Mr. Michael Bennett
Ms. Tina Q. Nguyen
Baker Botts, LLP
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002

*Attorneys for Defendant/Appellee,*
*United Energy Group, Ltd.*

*Via email*
Mr. Sean Gorman
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing, P.C.
1221 McKinney, Suite 3460
Houston, Texas 77010

*Via email*
Ms. Elizabeth Pannill Fletcher
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing, P.C.
1221 McKinney, Suite 3460
Houston, Texas 77010

*Attorneys for Defendant/Appellee,*
*Sean Mueller.*

/s/ Michael D. Sydow
Michael D. Sydow